UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JEROME REECE,

                Plaintiff,

    -against-

CITY OF NEW YORK, DEPARTMENT
OF CORRECTION COMMISSIONER
JOSEPH PONTE, THE NEW YORK
CITY DEPARTMENT OF
CORRECTION, CAPTAIN "JOHN"
CLARKE (Shield # 919), DEPUTY
"JANE" JOHNSON (Shield Number
Unknown); CORRECTION OFFICER
"JOHN" PHILLIPS (Shield # 9813),
CAPTAIN "JOHN" NEELY (Shield #
1839), CORRECTION OFFICER "JOHN"
WALKER (Shield # 17512),
CORRECTION OFFICER "JOHN"
KATSMAN (Shield # 17512),
CORRECTION OFFICER "JOHN"
HORTON and CORRECTION
OFFICERS "JOHN DOES # 1-5,"
CORRECTION OFFICERS AS YET
UNIDENTIFIED IN THEIR OFFICIAL
AND INDIVIDUAL CAPACITIES,

                Defendants.
-----------------------------------------------------------x

ORDER

17-CV-1582 (NG) (LB)

GERSHON, United States District Judge:

        On August 15, 2018, Magistrate Judge Robert M. Levy issued a Report and Recommendation ("R&R") recommending that defendant City of New York's motion to dismiss for failure to prosecute be granted with prejudice. No objection has been filed. I adopt Judge Levy's R&R in its entirety. Defendant City of New York's motion is GRANTED. All claims against all defendants are dismissed. The Clerk of Court is directed to close this case.

SO ORDERED.

/s/ Nina Gershon
**NINA GERSHON**
**United States District Judge**

November 29, 2018
Brooklyn, New York